Argued April 19, affirmed May 4, petition for rehearing denied
May 25, petition for review denied June 20, 1972

## STATE OF OREGON, *Respondent, v.* DANNY LEE CARDINALI (No. 71-1427-C), *Appellant.*

496 P2d 246

*Ken C. Hadley,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Lee Johnson, Attorney General, John W. Osburn, Solicitor General, and John W. Burgess, Special Assistant Attorney General, Salem.

Before SCHWAB*, Chief Judge, and FOLEY and FORT, Judges.

### PER CURIAM.

Defendant was convicted by jury of selling a dangerous drug, ORS 475.100, and received a 10-year sentence. He urges as his ground of appeal that his motions for acquittal should have been allowed because there was insufficient evidence that the dangerous drug, secobarbitol, was sold by defendant. We have examined the record and while the evidence is circumstantial, it is ample to support the verdict.

Affirmed.

---

* Schwab, C.J., did not participate in this decision.